DENNIS RAY MELVIN, Plaintiff-Appellee, *v.* CHARLOTTE KAY MELVIN, Defendant-Appellant.

(No. 70-74;

Fifth District—April 27, 1971.

Opinion by Mr. JUSTICE GEORGE J. MORAN.

Lou Ann Dorothy, of Marion, for appellant.